No. ———. PROGRESS ENGINEERING & CONSULTING ENTERPRISE, INC. *v.* MASSONGILL. Motion for reconsideration of

order denying nonattorney leave to file petition for writ of certiorari on behalf of a corporation and leave to proceed *in forma pauperis* [*ante,* p. 803] denied.